IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR120-109 |
| | ) | |
| JACINTHIA WILLIAMS | ) | |

## PLEA TO FELONY INFORMATION

The Defendant, JACINTHIA WILLIAMS, having waived indictment in open court, and with the consent of the Court, hereby enters a plea of Guilty to Count One of the Information.

This 24th day of February, 2021.

_____
JACINTHIA WILLIAMS, Defendant

_____
C. TROY CLARK, Attorney for Defendant